# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, EARTH ISLAND INSTITUTE, and SEQUOIA FORESTKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | No. 1:24-cv-00473-KES-HBK<br><br>ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO LODGE ADMINISTRATIVE RECORD IN ELECTRONIC FORMAT AND TO FORGO SUBMISSION OF A PAPER COURTESY COPY<br><br>Administrative Procedure Act Case, 5 U.S.C. §§ 701 *et seq*. |

The Court has considered Defendant's Unopposed Motion for Administrative Relief to Lodge the Administrative Record in Electronic Format and to Forgo Submission of a Paper Courtesy Copy. Doc. 10. Defendant's motion is granted. Defendant shall provide the Court with two copies of the Administrative Record on external electronic devices and shall forgo providing a paper courtesy copy. Defendant shall file on ECF a Notice of Lodging the Administrative Record. Defendant's ECF filing shall include an index to the Administrative Record and a declaration certifying the Administrative Record. Defendant shall also provide Plaintiffs with a link to the cloud version of the Administrative Record.

IT IS SO ORDERED.

Dated:   May 21, 2024

_____
UNITED STATES DISTRICT JUDGE

1