René P. Voss (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
(415) 446-9027 │ renepvoss@gmail.com
LEAD COUNSEL

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SIERRA CLUB, EARTH ISLAND INSTITUTE, and SEQUOIA FORESTKEEPER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>U.S. FOREST SERVICE,<br><br>    Defendant. | Case No.:  1:24-cv-00473-KES-HBK<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs submit this notice of supplemental authority to bring a relevant court decision to the attention of the Court. *See* Local Rule 230(m)(2) ("The notice of supplemental authority may contain a citation to the new authority but may not contain additional argument on the motion.")

On April 24, 2025, the United States District Court for the District of Oregon issued an opinion and order, granting summary judgment to environmental Plaintiffs in *Cascadia Wildlands, et al. v. Adcock, et al.*, 2025 U.S. Dist. LEXIS 78096; 2025 WL 1194191, Case No. 6:22-cv-01344-MTK (D.Or. April 24, 2025) (LEXIS Opinion Attached as Exhibit 1).

The court in *Cascadia Wildlands* addresses several of the same NEPA issues related to logging as does the case at bar, including the application of the "hard look" doctrine to "special status species," (*id.* at \*30), the use of "mitigation measures," (*id.* at \*22), and "cumulative effects" *Id.* at \*33. Moreover, the court also considered the need for the agency to prepare a full Environmental Impact Statement, given the "substantial questions" raised by the agency's failure to take the requisite "hard look" at the various environmental impacts from the project. *Id.* at \*37-38.

Respectfully submitted this 1st day of May, 2025.

/s/ *René Voss*
René Voss

*Attorney for Plaintiffs*

Case No.: 1:24-cv-00473-KES-HBK – PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY                                                    1